SCHULTHEISS, APPELLEE, *v.* HEINRICH ENTERPRISES, INC., ET AL., APPELLANTS.

[2017-Ohio-2895.]

(No. 2016–0623—Submitted May 2, 2017—Decided May 22, 2017.)

---

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'DONNELL, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'CONNOR, C.J., and KENNEDY, J., dissent.

---

Fields, Dehmlow & Vessels, L.L.C., and Ethan Vessels, for appellee.

Theisen Brock, L.P.A., James S. Huggins, and Daniel P. Corcoran, for appellants.

Chad A. Endsley, Leah F. Curtis, and Amy Milam, urging affirmance for amici curiae Ohio Farm Bureau Federation, Guernsey County Farm Bureau, and Washington County Farm Bureau.

Vorys, Sater, Seymour & Pease, L.L.P., Gregory D. Russell, Peter A. Lusenhop, Steven A. Chang, and Ilya Batikov, urging reversal for amici curiae Ohio Oil and Gas Association, Southeastern Ohio Oil and Gas Association, Ascent Resources–Utica, L.L.C., Buckeye Oil Producing Company, Eclipse Resources Corporation, EnerVest Operating, L.L.C., Flat Rock Development, L.L.C., Hess Ohio Developments, L.L.C., HG Energy, L.L.C., Northwood Energy Corporation, Petrox, Inc., and Sound Energy Company, Inc.